UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LIANG CHEN,

      Plaintiff,

v.

U.S. CUSTOMS AND BORDER
PROTECTION,

      Defendant.

Case No. 2:25-cv-12450-SB-AGR

ORDER TO SHOW CAUSE

On January 12, after grating pro se Plaintiff Liang Chen's request to proceed in forma pauperis, the Court ordered service by the U.S. Marshal, contingent on Plaintiff's following the instructions to provide the required information to the Marshal. Dkt. No. 11. The Court also provided information about Rule 4's requirements for service on the government in the event that Plaintiff chose to complete service without the Marshal. The Court ordered:

> No later than February 2, 2026, Plaintiff shall file with the Court one of the following: (1) a notice of submission verifying that he has submitted the required materials to the U.S. Marshal or (2) proof that Plaintiff has completed service on Defendant without the use of the U.S. Marshal. Failure to comply will result in the dismissal of this action without prejudice for lack of prosecution.

*Id*. at 2. A summons was issued two days later. Dkt. No. 13.

Plaintiff has not complied with the February 2 deadline. On February 3, he filed a notice updating his address, together with proofs that he has served the address update notice on the government. Dkt. Nos. 14–17. But Plaintiff still has not filed proof of service of the summons and complaint on the government, nor a notice verifying that he has submitted the required materials to the U.S. Marshal.

1

Accordingly, Plaintiff is ordered to show cause in writing by February 23, 2026 why this case should not be dismissed without prejudice for lack of prosecution consistent with the Court's January 12 order.  If Plaintiff shows that Defendant has been properly served with the complaint and summons by February 23, the order to show cause will be automatically discharged.


Date: February 11, 2026                    _____
                                                          Stanley Blumenfeld, Jr.
                                                     United States District Judge